An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY SMITH,
Appellant,
vs.
DWIGHT NEVEN, WARDEN,
Respondent.

No. 64911

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

In his petition, filed on June 20, 2013, appellant challenged the computation of time he has served. He first alleged that he has been denied good-time credits. Appellant did not demonstrate that he was entitled to any additional credits. To the extent appellant is concerned that a California court sentenced him to a term consecutive to his Nevada sentence where his Nevada judgment of conviction stated that the sentence would run concurrent to the California conviction, the sentencing decision of a court in another state is a matter outside the jurisdiction of this court.

Appellant also alleged that he has been denied work credit because he has been denied the opportunity to work. Appellant did not

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11583

demonstrate that he was entitled to any additional credits. A prisoner has no right to employment while in prison, and therefore, appellant cannot demonstrate that the lack of employment and opportunity to earn statutory work credits violated any protected right. *See* NRS 209.461(1), (6); *Collins v. Palczewski*, 841 F. Supp. 333, 336-37 (D. Nev. 1993) (recognizing that a prisoner has no independent constitutional right to employment and that the Nevada statutes do not mandate employment). Accordingly, we

ORDER the judgment of the district court AFFIRMED.



_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:   Hon. Elissa F. Cadish, District Judge
      Tony Smith
      Attorney General/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A